UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO DAVILA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-463 |
| LORIE DAVIS, | § | |
| Respondent. | § | |

# **FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 28th day of February, 2018.

_____
Kenneth M. Hoyt
United States District Judge